**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Allen Michael Lewis<br>    aka Allen Lewis<br>    aka Allen M. Lewis<br><br>        Debtor | CHAPTER 13<br><br>BKY. NO. 18-17126 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                                        Respectfully submitted,
                                        **/s/ Rebecca A. Solarz, Esq**
                                        Rebecca A Solarz, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322