**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ALLEN MICHAEL LEWIS    :    Ch. 13

Debtor.    :    18-17126-REF

**ORDER**

AND NOW upon consideration of Debtor's Motion to Extend Time to File rest of Schedules, Statement of Financial Affairs, Plan, Chapter 13 Means Test and Matrix, it is hereby;

ORDERED that the Debtor shall have until November 30, 2018 to file his Chapter 13 Schedules, Statement of Financial Affairs, Plan, Chapter 13 Means Test and Matrix.

BY THE COURT:

**Date: November 13, 2018**

_____
J.