United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Allen Michael Lewis
    Debtor

Case No. 18-17126-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Nov 13, 2018
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.
db        +Allen Michael Lewis,    9866 Kistler Valley Road,    Kempton, PA 19529-9194

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2018 at the address(es) listed below:
        DAVID W. TIDD   on behalf of Debtor Allen Michael Lewis bankruptcy@davidtiddlaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                                                               TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                     :
ALLEN MICHAEL LEWIS          :     Ch. 13
                                              :
Debtor.                                 :     18-17126-REF

**ORDER**

AND NOW upon consideration of Debtor's Motion to Extend Time to File rest of Schedules, Statement of Financial Affairs, Plan, Chapter 13 Means Test and Matrix, it is hereby;

ORDERED that the Debtor shall have until November 30, 2018 to file his Chapter 13 Schedules, Statement of Financial Affairs, Plan, Chapter 13 Means Test and Matrix.

BY THE COURT:

**Date: November 13, 2018**

_____
                                                            J.