United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Allen Michael Lewis  
    Debtor

Case No. 18-17126-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Dec 04, 2018  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.  
db     +Allen Michael Lewis,   9866 Kistler Valley Road,   Kempton, PA 19529-9194

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:  
    DAVID W. TIDD    on behalf of Debtor Allen Michael Lewis bankruptcy@davidtiddlaw.com  
    REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com

                                                                                                                                                                           TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                   :
                                         :
ALLEN MICHAEL LEWIS                      :    Ch. 13
                                         :
        Debtor.                          :    18-17126-REF

## ORDER

AND NOW upon consideration of Debtor's Second Motion to Extend Time to File rest of Schedules, Statement of Financial Affairs, Plan, Chapter 13 Means Test and Matrix, it is hereby;

ORDERED that the Debtor shall have until December 10, 2018 to file his Chapter 13 Schedules, Statement of Financial Affairs, Plan, Chapter 13 Means Test and Matrix.

BY THE COURT:

**Date: December 4, 2018**

_____
                                    J.